# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 225-2 | **DATE** | 3/25/2008 |
| **CASE TITLE** | USA vs. Cintron | | |

**DOCKET ENTRY TEXT**

The Defendant waives his right to Preliminary examination. Enter a finding of probable cause. The defendant is ordered bound to the District Court for further proceedings. Detention hearing continued to 3/31/08 at 1:00 p.m. The Defendant is ordered detained until further order of Court. *AK*

No notices required

| | Courtroom Deputy Initials: | AC |
|---|---|---|