

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 225-2 | **DATE** | 3/31/2008 |
| **CASE TITLE** |  | USA vs. Cintron | |

**DOCKET ENTRY TEXT**

Detention hearing continued to 4/3/08 at 1:00 p.m. pursuant to the request of the Parties. The Defendant is ordered detained until further order of Court.

No notices required

| | Courtroom Deputy Initials: | AC |
|---|---|---|