# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 225 - 2 | **DATE** | 4/3/2008 |
| **CASE TITLE** | USA vs. JORGE CINTRON | | |

**DOCKET ENTRY TEXT**

Detention hearing held. By agreement of the parties, bond is set at $20,000.00 own recognizance with electronic monitoring and a third party custodian.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | JS |
|---|---|---|