Minute Order Form (rev. 4/99)

**08CR 225**   05 GJ 356

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 08 CR 0225 | DATE | APRIL 17, 2008 |
| CASE TITLE | US v. HERBERT PULGAR & JORGE CINTRON | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL FEBRUARY 2008-2 Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge / *Maria Valdez*

Docket Entry:

BENCH WARRANT PREVIOUSLY ISSUED MARCH 18, 2008. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO HERBERT PULGAR. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO JORGE CINTRON.

**JUDGE ANDERSEN**

**MAGISTRATE JUDGE KEYS**

**FILED**
APR 1 7 2008   TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE       (ONLY IF FILED
OR MAGISTRATE JUDGE       UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #