# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 225-2 | **DATE** | 4/24/08 |
| **CASE TITLE** | USA vs. Cintron | | |

**DOCKET ENTRY TEXT**

Pursuant to the agreement of the parties, arraignment is set for Mon 4/28/08 at 9:30 am.

Docketing to mail notices



| | | Courtroom Deputy | AC |
|---|---|---|---|