# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Judge Andersen | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 225-2 | **DATE** | 4/28/08 |
| **CASE TITLE** | USA vs. Cintron | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 5/5/08. Pretrial motions to be filed by 5/19/08. Status hearing set before Judge Andersen on 6/5/08 at 10:00 a.m. Time is excluded pursuant to 18:3161(h)(1). *AK—*

Docketing to mail notices

| | Courtroom Deputy | AC |
|---|---|---|